1  BENJAMIN B. WAGNER
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:    (916) 554-2709
   Facsimile:    (916) 554-2900
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

**FILED**

APR 2 8 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA        )   CASE NO. 2:11-MJ-00121-EFB
                                    )
12     v.                           )
                                    )   **ORDER CONCERNING GOVERNMENT'S**
13  RANDALL PAUL WESSAR             )   **EX PARTE MOTION TO UNSEAL**
                                    )   **COMPLAINT AND ARREST WARRANT**
14                                  )
                                    )
15  _____ )

16       Upon application of the United States of America and good cause

17  having been shown,

18       IT IS HEREBY ORDERED that the complaint and arrest warrant in

19  the above-captioned proceeding be and are hereby UNSEALED.

20

21  Date: 4-28-2011

22                              _____
                                EDMUND F. BRENNAN
23                              United States Magistrate Judge

24

25

26

27

28

                          1