|  |  |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>April 28, 2011<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA<br>_____<br>DEPUTY CLERK |

UNITED STATES OF AMERICA,   )
                                  )   Case No. MAG. 11-0121-EFB
      Plaintiff,           )
v.                                    )
                                  )   ORDER FOR RELEASE OF
RANDALL PAUL WESSAR,    )   PERSON IN CUSTODY
                                  )
      Defendant.        )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release RANDALL PAUL WESSAR, Case No. MAG-11-0121-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    **X**    Release on Personal Recognizance

    ___ Bail Posted in the Sum of:    $_____

        ___ Co-Signed Unsecured Appearance Bond

        ___ Secured Appearance Bond

        **X**   (Other) <u>Conditions as stated on the record.</u>

        ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>04-28-11</u> at <u>2:55pm</u>.

By _____
Edmund F. Brennan
United States Magistrate Judge