BENJAMIN B. WAGNER
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:     (916) 554-2709
Facsimile:     (916) 554-2900

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00207-MCE |
| Plaintiff, | **STIPULATION AND PROTECTIVE ORDER BETWEEN UNITED STATES AND RANDALL P. WESSAR** |
| v. | |
| RANDALL PAUL WESSAR, | |
| Defendant. | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney CAMIL SKIPPER, and defendant RANDALL PAUL WESSAR, both individually and by and through his counsel of record, Assistant Federal Defender MICHAEL PETRIK, hereby stipulate as follows:

    1.   The discovery in this case is voluminous, and portions of the discovery contain large amount of personal information including, but not limited to, residential addresses, telephone numbers, and medical information ("Protected Information").

    2.   In the absence of a protective order, numerous redactions would be necessary to avoid the unauthorized disclosure or

1 dissemination of Protected Information to individuals not party to
2 the court proceedings in this matter.
3     3.   By this stipulation, the parties jointly request that the
4 Court issue a protective order pursuant to Rule 16(d) of the Federal
5 Rules of Criminal Procedure and its general supervisory authority.
6     4.   The Protective Order applies to all discovery containing
7 Protected Information.  Discovery that does not contain Protected
8 Information is not subject to the Protective Order.
9     5.   Defense counsel shall not give documents that contain
10 Protected Information (or copies of such documents) to any person
11 other than counsel's staff, investigator(s), or retained expert(s).
12 The terms "staff," "investigator," and "expert" shall not be
13 construed to describe any defendant or other person not:  (1)
14 regularly employed by counsel, or (2) licensed as an investigator, or
15 (3) retained as an expert.
16     6.   The defendant may review the Protected Information and be
17 aware of its contents, but neither defense counsel nor counsel's
18 staff, investigator(s), or expert(s) shall provide copies of
19 Protected Information to defendant or allow defendant to copy
20 documents containing Protected Information.  Counsel may provide the
21 defendant with copies of documents from which Protected Information
22 has been redacted.
23 ///
24 ///
25 ///
26
27
28

7. Defense counsel, counsel's staff, investigator(s), and expert(s) Nothing in this stipulation will be construed to prevent defense counsel, counsel's staff, investigator(s), or expert(s) a reasonable opportunity to prepare.

IT IS SO STIPULATED.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated: May 19, 2011                 /s/ Camil A. Skipper
                                    By: CAMIL A. SKIPPER
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA


Dated: May 19, 2011                 /s/ Michael Petrik
                                    MICHAEL PETRIK
                                    Assistant Federal Defender

                                    Attorney for Defendant
                                    RANDALL PAUL WESSAR
```

**IT IS SO ORDERED.**

**DATED: May 19, 2011.**

*signature: Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

ddad1:crim
wessar0207.stip.protorder.wpd