```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CAMIL A. SKIPPER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:     (916) 554-2709
    Facsimile:     (916) 554-2900
 5
 6  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:11-CR-00207-MCE |
|---|---|
| Plaintiff, | ) **ORDER CONTINUING STATUS** |
|  | ) **CONFERENCE; FINDINGS REGARDING** |
| v. | ) **EXCLUDABLE TIME PURSUANT TO** |
|  | ) **SPEEDY TRIAL ACT** |
| RANDALL PAUL WESSAR, | ) |
|  | ) **STATUS CONFERENCE: 7-28-11** |
| Defendant. | ) |

The Court has read and considered the Stipulation for Continuance of Status Conference Date and to Exclude Time Pursuant to Speedy Trial Act, filed by the parties in this matter on June 17, 2011. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the status conference date, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; and (ii) failure to grant the continuance would be likely to make a continuation of the proceeding

impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation. THEREFORE, FOR GOOD CAUSE SHOWN:

1. The The status conference hearing is continued to July 28, 2011.

2. The time period of June 23, 2011, to July 28, 2011, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv) [Local Code T4].

3. Defendant shall appear in this Court on July 28, 2011, at 9:00 A.M.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

DATED: June 21, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE