1 DANIEL J. BRODERICK, #89424
Federal Defender
2 MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5 Attorneys for Defendant
RANDALL PAUL WESSAR

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        ) No. 2:11-cr-00207-MCE
                                    )
11              Plaintiff,          ) STIPULATION AND ORDER TO AMEND
                                    ) PRONOUNCEMENT OF JUDGMENT IMPOSED
12      v.                          ) MARCH 8, 2012
                                    )
13 RANDALL PAUL WESSAR,             ) Judge: Hon. Morrison C. England
                                    )
14              Defendant.          )
   _____ )
15

16      THE PARTIES STIPULATE, through counsel, that the Court should

17 amend the pronouncement of judgment imposed in this case on March 8,

18 2012.

19      The parties agree that the pronouncement of judgement should read

20 as follows:

21      Pursuant to the Sentencing Reform Act of 1984, **IT IS THE
        JUDGMENT OF THE COURT** that the defendant, RANDALL PAUL
22      WESSAR, is hereby sentenced to probation for a term of 24
        months.  The defendant shall pay a special assessment of
23      $300, payment to begin immediately.

24      The parties also agree that the Court should add the following

25 condition to the conditions imposed on March 8, 2012:

26 / / /

27

28 STIPULATION AND ORDER                 1                      11-207 MCE

8.  The defendant shall be monitored for a period of <u>60 days</u>, with location monitoring technology, which may include the use of radio frequency (RF) or Global Positioning System (GPS) devices, at the discretion of the probation officer. The defendant shall abide by all technology requirements and shall pay all or part of the costs of participation in the location monitoring program, as determined by the probation officer.

In addition to other court-imposed conditions of release, the defendant's movement in the community shall be restricted as follows:

the defendant shall be restricted to his/her residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as preapproved by the probation officer.

The parties finally agree that all other terms and conditions of the sentence imposed in this case on March 8, 2012, should remain the same.

Dated: March 14, 2012              Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender

                                   /s/ M.Petrik
                                   _____
                                   MICHAEL PETRIK, Jr.
                                   Assistant Federal Defender

Dated: March 14, 2012              BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ M.Petrik for
                                   _____
                                   CAMIL A. SKIPPER
                                   Assistant U.S. Attorney

STIPULATION AND ORDER                    2                    11-207 MCE

**ORDER**

**IT IS SO ORDERED.**  The pronouncement of judgement imposed in this case on March 8, 2012, shall read as the parties have stipulated.  The Court orders condition 8, suggested above, included in the conditions imposed on March 8, 2012.  All other terms and conditions of the sentence imposed in this case on March 8, 2012, shall remain the same.

Dated: March 14, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE